1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

9

10   UNITED STATES OF AMERICA,

11                    Plaintiff,

12          v.

13   RICHARD S. SMITH,

14                    Defendant.

CASE NO. CR00-327TSZ & CR11-200RAJ

INITIAL ORDER RE:
ALLEGATIONS OF VIOLATION OF
CONDITIONS OF SUPERVISION

15

16          THIS MATTER comes on for an initial hearing on the Petition of the United States

17   Probation Office alleging that the defendant has violated the conditions of supervision.

18          The plaintiff appears through Assistant United States Attorney, Greg Gruber.

19          The defendant appears personally and represented by counsel, Russell Leonard.

20          The U.S. Probation Office has filed a petition alleging violations of the terms and
     conditions of supervision, and the defendant has been advised of the allegation(s).

21          The court finds probable cause with regard to the allegation(s) and schedules a
22   hearing on the petition to be held at the time and date below set forth before Judge
     Richard Jones:

23          _Date of hearing: January 6, 2012_

24          _Time of hearing:1:30pm_

INITIAL ORDER RE: ALLEGATIONS OF
VIOLATION OF CONDITIONS OF
SUPERVISION- 1

1      IT IS ORDERED that the defendant

2          ☐   Be released on an appearance bond, subject to the terms and conditions set
           forth thereon.

3
           ☒   Be detained for failing to show that he/she will not flee or pose a danger to
4          any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to
           be delivered as ordered by the court for further proceedings.

5          The clerks shall direct copies of this order to counsel for the United States, to counsel for

6      the defendant, the United States Marshal and to the United States Probation Office and/or

7      Pretrial Services Office.

8          Dated this 19 day of December, 2011.

9

10

11

12                                                    Karen L. Strombom
                                                      United States Magistrate Judge
13

14

15

16

17

18

19

20

21

22

23

24